Edward Michael O'BRIEN,
Plaintiff–Appellant,

and

Saviorg Corp., Plaintiff,

v.

TIME WARNER INC.; et al.,
Defendants–Appellees.

No. 01–55413.

D.C. No. CV–00–10781–MLR.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.[*]

Decided Sept. 17, 2002.

Before HUG, O'SCANNLAIN, and
TASHIMA, Circuit Judges.

MEMORANDUM [**]

Edward Michael O'Brien appeals pro se the district court's order dismissing his antitrust action against several music studios and retailers without leave to amend. We have jurisdiction under 28 U.S.C. § 1291, and, after de novo review, we affirm. *See Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order).

We deny Appellant's "request for opinion and remand."

**AFFIRMED.**

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

